# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MARIBEL ROSARIO,

    Plaintiff,

v.                                                                     Case No: 6:19-cv-410-Orl-40LRH

WATERMARK LLC,

    Defendant.
_____/

## ORDER

This cause is before the Court on periodic review. The United States Magistrate Judge has submitted a report recommending that the case be dismissed without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 1, 2019 (Doc. 4), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The case is **DISMISSED without prejudice** for failure to prosecute.

3. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on April 19, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties